|   |   |
|---|---|
| | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUCIA KANG and JOSE GARCIA, as individuals and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXTRA SPACE MANAGEMENT INC., a Utah corporation; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 8:18-cv-01340-JLS-KES<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Courtroom: 10-A<br>Judge: Hon. Josephine L. Staton |

# **ORDER**

After reviewing the Parties' Stipulation to Remand Removed Action (the "Stipulation"), and with good cause appearing, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.
2. Central District of California Case Number 8:18-cv-001340-JLS-KES is hereby remanded to the Superior Court for the State of California for the County of Orange.

**IT IS SO ORDERED.**

DATED: January 30, 2019



_____
Hon. Josephine L. Staton
United States District Judge